UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Said Abdullahi, | Case No. 23-cv-3600 |
| Plaintiff, | |
| v. | **Placeholder for Exhibits A and B to Plaintiff's Complaint** |
| Sergio Villegas and Daniel Barlow, in their individual capacities as Minneapolis Police Officers, and the City of Minneapolis, | |
| Defendants. | |

---

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media: Thumb Drive containing Exhibits A and B (video files) to Plaintiff's Complaint

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).